UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS LAM | CIVIL ACTION |
| VERSUS | NO: 19-1785 |
| ROBERT TANNER, WARDEN | SECTION: "A" (1) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of United States Magistrate Judge Janis van Meerveld, and the Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge Janis van Meerveld and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the federal application seeking habeas corpus relief filed by the Plaintiff Thomas Lam be **DISMISSED WITH PREJUDICE**.

February 19, 2020

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE